UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CAROL P. D'AVILAR,

                              Plaintiff,

   -against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                              Defendant.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 5585 (JG)

      An Order of Honorable John Gleeson, United States District Judge, having been filed on August 11, 2005, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings; it is

      ORDERED and ADJUDGED that judgment is hereby entered reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings.

Dated: Brooklyn, New York
         August 12, 2005

                                              s/Robert C. Heinemann
                                              ROBERT C. HEINEMANN
                                              Clerk of Court